## PARRY OIL CO. v. MICHAELS et al.
### (No. 1219.)

(Court of Civil Appeals of Texas. El Paso. April 21, 1921.)

**Appeal and error** ⊚⇒509—Record must show notice of appeal.

Where the record on appeal from a judgment dissolving a temporary writ of injunction does not disclose that there was a notice of appeal as provided by Rev. St. art. 2085, the cause must be dismissed from the docket of the Court of Civil Appeals.

Appeal from District Court, Eastland County; Geo. L. Davenport, Judge.

Action by the Parry Oil Company against Mike Michaels and others. From a judgment dissolving the temporary writ of injunction granted, plaintiff appeals. Dismissed.

E. H. Gipson, of Wichita Falls, for appellant.

Hagebush & Arterberry, of Breckenridge, for appellees.

HARPER, C. J. Parry Oil Company, a joint-stock association, brought this action against Mike Michaels, A. L. Erwin, J. C. McCoomb, and J. W. Horn for a writ of injunction restraining each of the defendants from interfering with an oil well, from committing waste or damage, and from removing any oil well machinery or equipment from said well.

Upon presentation of the petition the court granted a temporary writ. Later defendants filed an answer praying that the temporary writ be dissolved. The transcript shows a judgment which purports to have been "entered as of October 1, 1920," dissolving the writ.

The record does not disclose that there was a notice of appeal given as provided by article 2085, Rev. Civ. Statutes. Russell v. Koennecke, 190 S. W. 253.

For this reason, the cause must be dismissed from the docket of this court.

Dismissed.